CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
DEC 13 2005
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

ANDREW PATRICK WINDSOR, )
#16939-083, )
    Plaintiff, )    Civil Action No. 7:05cv00620
)
v. )    **ORDER**
)
UNITED STATES OF AMERICA, et al., )    By: Jackson L. Kiser
    Defendants. )    Senior U.S. District Judge

In accordance with the memorandum opinion entered this day, it is hereby

**ORDERED**

that:

1. All Windsor's claims brought under Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971)), shall be and hereby are **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915A(b)(1);

2. Windsor's claims brought against all defendants, other than the United States of America, under the Federal Torts Claims Act, 28 U.S.C. § § 2671-2680, shall be and hereby are **DISMISSED**;

3. As all claims against the following defendants have been dismissed, the clerk is **DIRECTED** to terminate them from this lawsuit: Joyce Zoldak, Debbie Stevens, B.A. Bledsoe, Jerry Jones, Bondurant, Grapperhouse, Pitts, C. Mabe, Rockwell, and David Roff.

The Clerk of the Court is directed to send certified copies of this order and accompanying memorandum opinion to the plaintiff.

ENTER: This _13th_ day of December, 2005.

    /s/ Jackson L. Kiser
    Senior United States District Judge