CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
RW
MAR 09 2006
JOHN F. CORCORAN, CLERK
BY: HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ANDREW PATRICK WINDSOR, #16939-083, Plaintiff, | Civil Action No. 7:05cv00620 |
| v. | ORDER |
| UNITED STATES OF AMERICA, et al., Defendants. | By: Jackson L. Kiser Senior U.S. District Judge |

By Order entered February 17, 2006, the court found that prior to filing the instant action, Andrew Patrick Windsor had at least three civil actions dismissed as frivolous, malicious, or for failure to state a claim on which relief may be granted.[1] Further, the court found that Windsor failed to state any claims from which it could be concluded that he was presently at imminent risk of serious physical harm related to an ongoing violation of his constitutional rights. Accordingly, the court revoked Windsor's privilege to proceed in forma pauperis and to proceed in this action without prepayment of the $ 250.00 filing fee. Windsor was afforded ten business days from the date of entry of that order to pay the $ 250.00 filing fee due in this matter and was advised that if he failed to pay the entire filing fee within ten business days this action would be dismissed pursuant to 28 U.S.C. §1915(g).

Inasmuch as more than ten business days have elapsed and plaintiff has failed to make any attempt comply with the court's February 17, 2006 Order, it is hereby

**ORDERED**

that this case shall be and hereby is **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g), all other pending motions are hereby **DENIED** as **MOOT**, and that this case is hereby **STRICKEN**

---

[1] See Windsor v. B.G. Compton, Warden, USP Lee Co., et al., Civil Action No. 7:04cv00065 (W.D. Va., Feb. 9, 2004); Windsor v. Polver, et al., Civil Action No. 7:04cv00413 (W.D. Va, July 28, 2004); and Windsor v. District of Columbia, et al., Civil Action No: 98-2721 (E.D. Va, Dec. 6, 2001).

from the active docket of this court.

The Clerk of the Court is directed to send certified copies of this Memorandum Opinion and Order to plaintiff and counsel of record for the defendants.

**ENTER:** This 9th day of March, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge